IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KORBAN WALDEMAR,** **PLAINTIFFS**
**Individually and on Behalf of**
**All Others Similarly Situated, et al.**

v.  CASE NO. 4:19-CV-00722 BSM

**THE 3-D CAFE, LLC and**
**JOSE AYALA** **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE